FREDERICK W. BOELSEN, Appellant, *v.* RUTH L. BOELSEN, Respondent.

Submitted June 14, 1940; decided July 24, 1940.

*John C. Osborne, George C. Wildermuth* and *Henry Vollmer, Jr.*, for appellant.

*Charles Gottlieb* and *George Moskowitz* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.